Robert H. Ash, Respondent, v. The Ulster and Delaware Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

William Easton and Others v. New York State National Bank, Albany.— Motion denied.

George C. Hill and Another, Respondents, v. George C. Reynolds and Others, Appellants.— Motion granted.

In the Matter of the Complaint of the Trustees of the Village of Saratoga Springs, Respondent, v. The Saratoga Gas, Electric Light and Power Company, Appellant.— Application for leave to go to Court of Appeals granted. The following question is certified, which, in the opinion of this court, ought to be reviewed by the Court of Appeals, to wit: Has there been any invasion of the defendant's constitutional rights in or by the order appealed from?

Alice E. Pray v. New York State National Bank, Albany.— Motion denied.

Edgar Rock, Appellant, v. International Paper Company, Respondent.— Judgment affirmed, with costs. No opinion. All concurred, except Chester and Kellogg, JJ., dissenting.

Anna F. Ryan v. John J. Halligan, as Executor, etc., of Catherine Clark, Deceased.— Motion denied.

Village of Fort Edward, Respondent, v. Hudson Valley Railway Company and Delaware and Hudson Company, Appellants.—Motion for leave to go to the Court of Appeals granted, and questions certified as follows : *First.* Were the defendants required by law to obtain from the board of trustees of the village of Fort Edward, or from the village of Fort Edward, consent to construct and maintain the connection in question? *Second.* Were the defendants required by law to obtain from the Public Service Commission, by the provisions of section 53 thereof,* consent of said commission to the construction and maintenance of the proposed connection between the railroads in question?

---

## SECOND DEPARTMENT, NOVEMBER, 1907.

HATTIE J. EAGER, as Administratrix, etc., of WILLIAM C. EAGER, Deceased, Respondent, *v.* THE LEHIGH AND HUDSON RIVER RAILWAY COMPANY, Appellant.

*Negligence — passenger in wagon killed by collision with train — effect of obstructions to view on duty to look — care to be commensurate with danger — charge considered.*

Appeal by the defendant from a judgment for the plaintiff for $21,468.39, entered on the 7th day of March, 1907, upon the verdict of a jury at a Trial Term in Orange county, and also from an order denying a motion for a new trial.

* Public Service Commissions Law (Laws of 1907, chap. 429), § 53.— [REP.